[No. 30579-4-I. Division One. October 4, 1993.]

CYNTHIA H. JACKSON, *Appellant*, v. GRETCHEN A. HULSCHER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-24788-7, Lloyd W. Bever, J., entered March 24, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 28982-9-I. Division One. October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOHN PAWLYK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-04339-1, Jim Bates, J., entered August 12, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Kennedy, JJ.

[No. 30043-1-I. Division One. October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH T. RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07602-1, Jerome M. Johnson, J., entered December 30, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 31713-0-I. Division One. October 4, 1993.]

MAGNETIC CIRCUIT ELEMENTS, INC., *Appellant*, v. ETMA CORP., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-11096-2, Peter K. Steere, J., entered October 12, 1992. *Affirmed* by unpublished per curiam opinion.